## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ulysses Adonis Haggenmiller,                     Civil No. 06-641 DSD/AJB

          Plaintiff,

v.                                                                 **ORDER**

Eric Klang,

          Defendant.

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 21, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant's Motion to Dismiss [Docket No. 13] is **granted** and that the amended complaint pursuant to 42 U.S.C. §1983 [Docket No. 30] is **dismissed with prejudice**.

Dated: October 11, 2006

                                                       s/David S. Doty
                                                       David S. Doty, Judge
                                                       United States District Court